UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JOSEPH BANG and J&B SYLVAN DENTAL,
P.C.,

              Plaintiffs,

- against -

UDG HOLDINGS, LLC, JONG HOON KIM,
MAN HO KIM, SHAWN NOH, and JOHN
DOES and JANE DOES 1 THROUGH 10,

              Defendants.
---------------------------------------------------------x

MEMORANDUM AND ORDER

14 Civ. 3058 (ILG) (CLP)

GLASSER, Senior United States District Judge:

       A Report and Recommendation ("R&R") of Magistrate Judge Pollak, filed July 8, 2015, recommended that Plaintiffs' claims be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Dkt. No. 50. The R&R advised that any objections were to be made within fourteen days, and that failure to do so waives the right to appeal. As of this date, no objection has been filed.

       The R&R, which thoroughly reviewed the facts and controlling authorities is, after due consideration, adopted in its entirety. Accordingly, it is ordered that the claims be dismissed. The Clerk of Court is instructed to close this case.

SO ORDERED.

Dated:       Brooklyn, New York
               July 28, 2015

                                               /s/
                                             I. Leo Glasser
                                             Senior United States District Judge